UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

UNITED STATES OF AMERICA,                    Case No. 2:22-cr-25

        Plaintiff,                                    Hon. Robert J. Jonker
                                                      U.S. District Judge
    v.

SAMUEL OGOSHI, et al

        Defendants.
_____/

## ORDER OF RECUSAL

In accordance with 28 U.S.C. § 455(a) and (b)(3), I hereby disqualify myself from all further proceedings in this case. The Clerk's Office shall reassign the case pursuant to the approved procedure.

    IT IS ORDERED


Date: December 1, 2022            /s/ *Maarten Vermaat*
                                            MAARTEN VERMAAT
                                            U.S. MAGISTRATE JUDGE