UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.　　　　　　　　　　　　　　　　　　　**INDICTMENT**
　　　　　　　　　　　　　　　　　　　　**PENALTY SHEET**

SAMUEL OGOSHI,
SAMSON OGOSHI, and
EZEKIEL EJEHEM ROBERT,

    Defendant.
_____/

## SAMUEL OGOSHI

**COUNT 1: Exploitation of a Minor/Production of Child Pornography Resulting in Death** – 18 U.S.C. § 2251(a) and (e)

**Minimum penalty:** 30 years [18 U.S.C. § 2251(e)]

**Maximum penalty:** Life [18 U.S.C. § 2251(e)]

**Maximum Fine:** $250,000 [18 U.S.C. § 3571]

**Supervised Release:** 5 years to life [18 U.S.C. § 3583]

**Special Assessments**: $100 [18 U.S.C. § 3013]; $5,000 [18 U.S.C. § 3014]; and up to $50,000 [18 U.S.C. § 2259A]

**Restitution**: Mandatory [18 U.S.C. § 3663A]

**Other**: Sex offender registration

**COUNT 2: Conspiracy to Exploit Minors/Production of Child Pornography** – 18 U.S.C. § 2251(a) and (e)

**Minimum penalty:** 15 years [18 U.S.C. § 2251(e)]

**Maximum penalty:** 30 years [18 U.S.C. § 2251(e)]

**Maximum Fine:** $250,000 [18 U.S.C. § 3571]

**Supervised Release:** 5 years to life [18 U.S.C. § 3583]

**Special Assessments**: $100 [18 U.S.C. § 3013]; $5,000 [18 U.S.C. § 3014]; and up to $50,000 [18 U.S.C. § 2259A]

**Restitution**: Mandatory [18 U.S.C. § 3663A]

**Other**: Sex offender registration

**COUNT 3: Conspiracy to Distribute Child Pornography** – 18 U.S.C. § 2252A(a)(5)(B) and (b)(1)

**Minimum penalty:** 5 years [18 U.S.C. § 2252A(b)(1)]

**Maximum penalty:** 20 years [18 U.S.C. § 2252A(b)(1)]

**Maximum Fine:** $250,000 [18 U.S.C. § 3571]

**Supervised Release:** 5 years to life [18 U.S.C. § 3583]

**Special Assessments:** $100 [18 U.S.C. § 3013]; $5,000 [18 U.S.C. § 3014]; and up to $35,000 [18 U.S.C. § 2259A]

**Restitution:** Mandatory [18 U.S.C. § 3663A]

**Other**: Sex offender registration

**COUNT 4: Conspiracy to Commit Stalking Through the Internet** – 18 U.S.C. § 371 and § 2261A(2)(B)

**Maximum penalty:** 5 years [18 U.S.C. § 371]

**Maximum Fine:** $250,000 [18 U.S.C. § 3571]

**Supervised Release:** 3 years [18 U.S.C. § 3583]

**Special Assessment**: $100 [18 U.S.C. § 3013]

**Restitution**: Mandatory [18 U.S.C. § 3663A]

## SAMSON OGOSHI

**COUNT 2: Conspiracy to Exploit Minors/Production of Child Pornography** – 18 U.S.C. § 2251(a) and (e)

**Minimum penalty:** 15 years [18 U.S.C. § 2251(e)]

**Maximum penalty:** 30 years [18 U.S.C. § 2251(e)]

**Maximum Fine:** $250,000 [18 U.S.C. § 3571]

**Supervised Release:** 5 years to life [18 U.S.C. § 3583]

**Special Assessments**: $100 [18 U.S.C. § 3013]; $5,000 [18 U.S.C. § 3014]; and up to $50,000 [18 U.S.C. § 2259A]

**Restitution**: Mandatory [18 U.S.C. § 3663A]

**Other**: Sex offender registration

**COUNT 3: Conspiracy to Distribute Child Pornography** – 18 U.S.C. § 2252A(a)(5)(B) and (b)(1)

**Minimum penalty:** 5 years [18 U.S.C. § 2252A(b)(1)]

**Maximum penalty:** 20 years [18 U.S.C. § 2252A(b)(1)]

**Maximum Fine:** $250,000 [18 U.S.C. § 3571]

**Supervised Release:** 5 years to life [18 U.S.C. § 3583]

**Special Assessments:** $100 [18 U.S.C. § 3013]; $5,000 [18 U.S.C. § 3014]; and up to $35,000 [18 U.S.C. § 2259A]

**Restitution:** Mandatory [18 U.S.C. § 3663A]

**Other**: Sex offender registration

**COUNT 4: Conspiracy to Commit Stalking Through the Internet** – 18 U.S.C. § 371 and § 2261A(2)(B)

**Maximum penalty:** 5 years [18 U.S.C. § 371]

**Maximum Fine:** $250,000 [18 U.S.C. § 3571]

**Supervised Release:** 3 years [18 U.S.C. § 3583]

**Special Assessment**: $100 [18:3013]  **Restitution**: Mandatory [18 U.S.C. § 3663A]

**EZEKIEL EJEHEM ROBERT**

**COUNT 2: Conspiracy to Exploit Minors/Production of Child Pornography** – 18 U.S.C. § 2251(a) and (e)

**Minimum penalty:** 15 years [18 U.S.C. § 2251(e)]

**Maximum penalty:** 30 years [18 U.S.C. § 2251(e)]

**Maximum Fine:** $250,000 [18 U.S.C. § 3571]

**Supervised Release:** 5 years to life [18 U.S.C. § 3583]

**Special Assessments**: $100 [18 U.S.C. § 3013]; $5,000 [18 U.S.C. § 3014]; and up to $50,000 [18 U.S.C. § 2259A]

**Restitution**: Mandatory [18 U.S.C. § 3663A]

**Other**: Sex offender registration

**COUNT 3: Conspiracy to Distribute Child Pornography** – 18 U.S.C. § 2252A(a)(5)(B) and (b)(1)

**Minimum penalty:** 5 years [18 U.S.C. § 2252A(b)(1)]

**Maximum penalty:** 20 years [18 U.S.C. § 2252A(b)(1)]

**Maximum Fine:** $250,000 [18 U.S.C. § 3571]

**Supervised Release:** 5 years to life [18 U.S.C. § 3583]

**Special Assessments:** $100 [18 U.S.C. § 3013]; $5,000 [18 U.S.C. § 3014]; and up to $35,000 [18 U.S.C. § 2259A]

**Restitution:** Mandatory [18 U.S.C. § 3663A]

**Other**: Sex offender registration

**COUNT 4: Conspiracy to Commit Stalking Through the Internet** – 18 U.S.C. § 371 and § 2261A(2)(B)

**Maximum penalty:** 5 years [18 U.S.C. § 371]

**Maximum Fine:** $250,000 [18 U.S.C. § 3571]

**Supervised Release:** 3 years [18 U.S.C. § 3583]

**Special Assessment**: $100 [18 U.S.C. § 3013] **Restitution**: Mandatory [18 U.S.C. § 3663A]

Date: May 3, 2023                     /s/ Davin M. Reust
                                      Counsel for the United States

Submitted in accordance with Admin Order 17-MS-046