UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

SAMUEL OGOSHI and
SAMSON OGOSHI,

    Defendants.
_____/

No. 2:22-CR-25

Hon. Ray Kent
United States Magistrate Judge

## MOTION FOR LEAVE TO FILE UNDER RESTRICTED ACCESS

The United States of America, by and through its attorneys, Mark A. Totten, United States Attorney for the Western District of Michigan, and Davin M. Reust, Assistant U.S. Attorney, respectfully moves this Court for leave to file its detention hearing exhibits under restricted access because they contain sensitive and personal information about both the defendants and the victims of the offense.

Dated: August 17, 2023

Respectfully submitted,

MARK A. TOTTEN
United States Attorney

/s/ *Davin M. Reust*
DAVIN M. REUST
Assistant U.S. Attorney
P.O. Box 208
Grand Rapids, MI 49501