UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

SAMUEL OGOSHI and
SAMSON OGOSHI,

    Defendants.
_____/

No. 2:22-CR-25

HON. ROBERT J. JONKER
United States District Judge

HON. RAY KENT
United States Magistrate Judge

## ORDER

This matter is before the Court on the Government's Motion for Leave to File Under Restricted Access, seeking leave to file its additional detention hearing exhibits under restricted access. The Court having reviewed the filing:

IT IS HEREBY ORDERED that the Government's Motion for Leave to File Under Restricted Access is GRANTED. The Clerk of Court is directed to accept for filing under restricted access the Government's additional detention hearing exhibits with access limited to only the Court, counsel of record for Defendants and the United States Attorney.

Dated: September 6, 2023

/s/ Ray Kent
_____
HON. RAY KENT
U.S. Magistrate Judge