UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

UNITED STATES OF AMERICA,

       Plaintiff,                      Case No. 2:22−cr−00025−RJJ

v.                            Hon. Robert J. Jonker

SAMSON OGOSHI,

       Defendant.
_____/

## NOTICE OF HEARING

TAKE NOTICE that a hearing has been scheduled as set forth below:

Type of hearing(s):  Sentencing
Date/Time:  September 5, 2024   11:00 AM
Judge:  Robert J. Jonker
Place/Location:  235 Federal Building, Marquette, MI

ROBERT J. JONKER
United States District Judge

Dated:  April 23, 2024       By:   /s/ Susan Driscoll Bourque
                                                    Case Manager