UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

SAMUEL OGOSHI and SAMSON OGOSHI,

    Defendants.
_____/

CASE NO. 2:22-cr-25

HON. ROBERT J. JONKER

## **NOTICE**

The sentencings for Samuel Ogoshi and Samson Ohoshi are scheduled to take place in the courthouse in Marquette, Michigan, on September 5, 2024 at 10:00 a.m. and 11:00 a.m. respectively. To accommodate those interested in attending, the Court is providing the following:

1. Two rows in the courtroom will be reserved for family members of the victim(s). To ensure access to this reserved seating, authorized individuals should contact the U.S. Attorney's Victim Witness Coordinator in advance of the hearing at 616-808-2034.

2. Law enforcement personnel can sit in the jury box.

3. The remaining seats in the courtroom will be on a "first come" basis.

4. Limited overflow seating with live video will be available in the jury room located on the same floor as the courtroom.

5. Those who wish to have audio-only Zoom access to the sentencings, can do so by accessing the same per the attached instructions.

6. The federal courthouse in Grand Rapids, Michigan, 699 Ford Federal Building, 110 Michigan St., NW, will provide interested persons with the ability to view the sentencings by live video in the courtroom.

Dated: July 18, 2024

    /s/ Robert J. Jonker
ROBERT J. JONKER
UNITED STATES DISTRICT JUDGE