# Exhibit C

The entire Ogoshi Family

Lafia

Nasarawa State, Nigeria

Thursday 28 March 2024

To The  Judge
To The Federal Bureau Of Intelligence
United State Of America

       LETTER OF SUPPORT

I hope this letter finds you in good health and spirits. I am writing In respect to the ongoing case between The United state of America aganist Our Son,Brother and Nephew Samuel and Samson Ogoshi.

Samuel and Samson have lived their entire life in a military environment with strict discipline and have never been involve or convicted for any crime before, we understand that they do not intend to put the family's name in the mud, it is unfortunate that they made a terrible mistake associating with bad friends. We also understand that they are having feelings of deep remorse toward what has happened.

This is to offer our unwavering support in the fight against crime that is affecting vulnerable citizens in the United state and around the world. We do not wish for this to happen and we are in support for the fight against those destructing the life of citizen and also we wish to let you know we are never in support of what Samuel and Samson must have  done.

However, Please, we want to let Samuel and Samson know that they are not alone, and we are here to provide them with encouragement, understanding, continued guidance and a lending ear not to repeat same mistake.

Also, we are very much in support of Justice to take it place, and we do hope the prosecutors and The judge find a place in their heart to consider the Ogoshi's Family when passing judgment.

Thankyou.
Simeon Omame Ogoshi

For the entire family.