UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.      No. 2:22-CR-25

SAMUEL OGOSHI,     HON. ROBERT J. JONKER
    U.S. District Court Judge

    Defendant.
_____/

## UNITED STATES' MOTION FOR DOWNWARD DEPARTURE

The United States moves for a two-level downward departure from Samuel Ogoshi's guideline range for his assistance in the investigation and prosecution of others.

## ANALYSIS

Upon the United States' motion for a downward departure under § 5K1.1, the Court may depart from the guidelines if a defendant has provided substantial assistance in the investigation or prosecution of another person who has committed an offense. The Court may consider, among other relevant factors, the following:

1. The significance and usefulness of the defendant's assistance, taking into consideration the government's evaluation of the assistance rendered;

2. The truthfulness, completeness, and reliability of any information or testimony provided by the defendant;

3. The nature and extent of the defendant's assistance;

4. Any injury suffered or any danger or risk of injury to the defendant or the defendant's family resulting from the defendant's assistance; and

5. The timeliness of the defendant's assistance.

*See* U.S.S.G. § 5K1.1(a).

Following his extradition to the United States, Samuel Ogoshi agreed to cooperate with the United States. As part of that agreement, Ogoshi met with FBI agents a total of three times. During two of those meetings, Ogoshi explained how sextortion was generally conducted in Nigeria; the FBI anticipates this information will be helpful in investigating and prosecuting other Nigerian sextortion groups. Ogoshi also provided details about his role and the role of others in the sextortion of Victim 1. Specifically, Ogoshi explained that it was the remaining charged defendant, Ezekiel Robert, who encouraging Victim 1 to take his own life. Ogoshi has agreed to continue his cooperation through the prosecution of Robert. Following these proffer sessions, Ogoshi took and passed a polygraph examination administered by the FBI.

## **CONCLUSION**

For the foregoing reasons, the United States respectfully requests that the Court grant its motion for a two-level downward departure pursuant to U.S.S.G. § 5K1.1.

Respectfully submitted,

MARK A. TOTTEN
United States Attorney

Date: August 22, 2024

*/s/ Davin M. Reust*
DAVIN M. REUST
DANIEL Y. MEKARU
Assistant United States Attorneys
P.O. Box 208
Grand Rapids, Michigan 49501
(616) 456-2404