UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

v.

SAMUEL OGOSHI

        Defendant.

_____/

Case No. 2:22-cr-25-01

Hon. Robert J. Jonker
United States District Judge

**DEFENDANT'S MOTION FOR VARIANCE PURSUANT TO 18 U.S.C. § 3553(a)**

NOW COMES The defendant, Samuel Ogoshi, by and through his attorney, Assistant Federal Public Defender Sean R. Tilton, and pursuant to *Gall v. United States*, 128 S. Ct. 586 (1997); *United States v. Grossman*, 513 F.3d 592 (6th Cir. 2008); and 18 U.S.C. § 3553(a), respectfully requests that this Honorable Court grant a variance from the applicable guidelines in this case.  The reasons which support this are set forth in the Sentencing Memorandum and Brief in Support of a Motion for Variance pursuant to 18 U.S.C. § 3553(a).

Respectfully submitted,

SHARON A. TUREK
Federal Public Defender

/s/ Sean R. Tilton
SEAN R. TILTON
Assistant Federal Public Defender
50 Louis NW, Suite 300
Grand Rapids, Michigan 49503
(616) 742-7420

Dated:   August 22, 2024