# Attachment 1

# Letter of Samuel Ogoshi

Good day your honor this is Samuel Ogoshi I am writing this to let you know i take full responsibility for my part in this tragedy. I want to apologize to the victims and parents of the victims most especially the parents of ███ I know this is traumatizing for them I want to say I'm deeply sorry. Your honor this case has caused so much pain and embarrassment in my family because they never raised me and my brother to be involved in this type of activity. Your honor now i realise there is no future in crime but there is so much more to me than the crime i committed I was in my second year in University when I was arrested and this case just put a held on my future I was raised in a God fearing family and this crime does not depict the person i am. I apologize to the court and ask that I and my brother are able to redeem ourselves and return to Nigeria as soon as the court sees fit i understand that we must be sentenced or punished for our crime but all I am asking is that you also take in account the positive aspects of our lives and character thanks you.