# Attachment 2

# Letter of Ogoshi family

To The Judge ,

Federal Bureau of Intelligence, United States of America.

LETTER OF APOLOGY

We the family of Ogoshi hereby write to offer our sincere apologies for the crime involving our son and brother Samuel and Samson Ogoshi , We take full responsibility for their actions, which were unacceptable and has caused serious significant harm to everyone concern.

There is no excuse for their involvement. We acknowledge that they made a terrible mistake and poor choice, and We deeply regret the pain caused as a result of the crime and We understand the gravity of their actions and we are remorseful for that regard.

We are committed to helping Samuel and Samson make amends and taking accountability for their actions.

Again, We are truly sorry and we hope that you find a place in your heart to show mercy to the boys, but We understand if that is not possible.

Thank you and God bless you all.

Yours Sincerely,

The Entire Ogoshi Family.