UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

v.

SAMUEL OGOSHI,
SAMSON OGOSHI, and
EZEKIEL EJEHEM ROBERT,

        Defendants.

_____/

No. 2:22-cr-25

Hon. Robert J. Jonker
U.S. District Judge

### NOTICE OF SUBSTITUTION OF ATTORNEY

NOTICE is given that Alexis M. Sanford, Assistant United States Attorney, is substituted for Daniel Y. Mekaru as counsel for the United States of America in the above action.

Respectfully submitted,

TIMOTHY VERHEY
United States Attorney

Date: February 26, 2026

*/s/ Alexis M. Sanford*
ALEXIS M. SANFORD
Assistant United States Attorney
P.O. Box 208
Grand Rapids, Michigan 49501-0208
(616) 456-2404
alexis.sanford@usdoj.gov